TODD KIM, Assistant Attorney General
Environment & Natural Resources Division
S. JAY GOVINDAN, Section Chief
MEREDITH FLAX, Deputy Section Chief
NICOLE M. SMITH, Senior Trial Attorney (CA Bar No. 303629)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC   20044-7611
Telephone: (202) 305-0368
Facsimile: (202) 305-0275
Email:  Nicole.M.Smith@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. FISH & WILDLIFE SERVICE, et al. <br><br> Defendants, <br><br> and <br><br> AMERICAN FOREST RESOURCE COUNCIL, et al. <br><br> Proposed Defendant Intervenors. | Case No. 3:22-cv-5216-TLT <br><br> **STIPULATED FEE AGREEMENT AND [PROPOSED] ORDER** <br><br> (Civ. L.R.  7-12) |

This Stipulated Settlement Agreement ("Agreement") is entered into by and between Plaintiffs Center for Biological Diversity, Environmental Protection Information Center, and Klamath-Siskiyou Wildlands Center (collectively, "Plaintiffs"), and the United States Fish and Wildlife Service ("FWS"), Debra Haaland, in her official capacity as Secretary of the Interior, and Martha Williams, in her official capacity as Director of FWS (collectively, "Defendants"). On June 7, 2023, the undersigned parties entered into a settlement agreement that resolved Plaintiffs' claims on the merits in the above-captioned case. Doc. 36. That settlement, which was approved by the Court on June 9, 2023, Doc. 37, reserved Plaintiffs' right to request attorneys' fees and costs, as well as the amount of any such fees and costs. Doc. 36 at ¶5. The undersigned parties have now resolved Plaintiffs' claims for attorneys' fees and costs and believe that the settlement reached is a just, fair, adequate, and equitable resolution of Plaintiffs' request. Plaintiffs and Defendants agree that settlement of Plaintiffs' motion for attorneys' fees and costs in this manner is in the public interest and is an appropriate way to resolve the dispute between them. Accordingly, the undersigned parties hereby stipulate and agree as follows:

1. Defendants agree to pay Plaintiffs' reasonable attorneys' fees and costs incurred in connection with their complaint and motion for summary judgment, and pursuant to section 11(g) of the ESA, 16 U.S.C. § 1540(g), in the amount of $35,000. Plaintiffs agree to accept this amount in full satisfaction of any and all claims, demands, rights, and causes of action for attorneys' fees and costs incurred in connection with the above-captioned litigation pursuant to the ESA, 16 U.S.C. § 1540(g), and/or any other statute and/or common law theory, through and including the date of this agreement. Plaintiffs agree that receipt of this payment from Defendants shall operate as a release of Plaintiffs' claims for attorneys' fees and costs in this matter, through and including the date of this agreement.

2. Plaintiffs' release set forth in paragraph 1 is expressly limited to the above-captioned action and does not apply to any other litigation including, but not limited to, any future litigation regarding any fisher listing decision. By this Agreement, Defendants do not waive any right to contest attorneys' fees claimed by Plaintiffs, or their counsel, including hourly rates, in any future

litigation, or continuation of the present actions. Further, this Agreement has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

    3.   Plaintiffs agree to furnish Defendants with the information necessary to effectuate the payment specified in paragraph 1 above. Defendants agree to submit all necessary paperwork for the processing of the attorneys' fees award to the Department of the Treasury's Judgment Fund Office, pursuant to 16 U.S.C. § 1540(g)(4), within ten (10) days of the receipt of the necessary information from Plaintiffs or the approval of this Agreement by the Court, whichever is later. Plaintiffs' attorneys agree to send confirmation of the receipt of the payment to counsel for Defendants within fourteen (14) days of such payment.

    4.   Plaintiffs and Defendants agree that this Agreement was negotiated and entered into in good faith and that it constitutes a settlement of claims that were vigorously contested, denied, and disputed. By entering into this Agreement, neither Plaintiffs nor Defendants waive any claim or defense, except as expressly provided herein.

    5.   No provision of this Agreement shall be interpreted as, or constitutes, a commitment or requirement that Defendants are obligated to spend funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other law or regulation.

    6.   No provision of this Agreement shall be interpreted to or constitute a commitment or requirement that the Defendants take action in contravention of the ESA, the APA, or any other law or regulation, either substantive or procedural.

    7.   The Agreement contains all of the agreement between Plaintiffs and Defendants and is intended to be the final and sole agreement between them. Plaintiffs, and Defendants agree that any prior or contemporaneous representations or understanding not explicitly contained in this written Agreement, whether written or oral, are of no further legal or equitable force or effect.

    8.   The terms of this Agreement shall become effective upon entry of an order by the Court (similar in substance to the attached Proposed Order) approving the Agreement.

    9.   The undersigned representatives of each party certify that they are fully authorized by the party or parties they represent to agree to the Court's entry of the terms and conditions of the Agreement and do hereby agree to the terms herein.

Respectfully submitted,

Dated:  September 27, 2023          /s/ *Nicole M. Smith*
NICOLE M. SMITH, (CA Bar No. 303629)
Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0368 / Fax: (202) 305-0275
Email: nicole.m.smith@usdoj.gov

TODD KIM
Assistant Attorney General
S. JAY GOVINDAN, Section Chief
MEREDITH L. FLAX, Deputy Section Chief
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section

*Attorneys for Federal Defendants*

Dated: September 27, 2023                */s/ Brian Segee \*with permission\**
Brian Segee (Bar No. 200795)
Center for Biological Diversity
226 W. Ojai Ave., Ste. 101-442
Ojai, CA 93023-3278
Tel: (805) 750-8852
bsegee@biologicaldiversity.org

Kristine Akland (MT Bar No. 13787)
Center for Biological Diversity
P.O. Box 7274
Missoula, MT 59807
Tel: (406) 544-9863
Email: kakland@biologicaldiversity.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FISH & WILDLIFE SERVICE, et al. <br><br> Defendants, <br> and <br><br> AMERICAN FOREST RESOURCE COUNCIL, et al. <br><br> Defendant Intervenors. | Case No. 3:22-cv-5216-TLT <br><br> **[PROPOSED] ORDER APPROVING FEE STIPULATION** |

Pursuant to stipulation, IT IS SO ORDERED that the parties' fee stipulation is APPROVED and ADOPTED.

Dated:

_____
HON. TRINA L. THOMPSON
United States District Judge

## ATTESTATION OF CONCURRENCE

In accordance with Civil Local Rule 5-1(h)(3), I hereby attest that I obtained concurrence in the filing for the signatures of all counsel indicated by a conformed signature (/s/) within this e-filed document.

/s/ *Nicole M. Smith*
NICOLE M. SMITH
Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0368
Fax: (202) 305-0275
Email: nicole.m.smith@usdoj.gov

*Attorney for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that today I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to the attorneys of record in this case.

<i>/s/ Nicole M. Smith</i>